BERNARD B. BARRETT, Appellant, *v.* ADAM LANG, as Executor of ANNA LANG, Deceased, et al., Respondents.

(Argued October 14, 1935; decided November 19, 1935.)

*Solomon Hirschhorn* for appellant.

*Frank Pascarella* for Adam Lang, individually and as executor, respondent.

*Robert J. Sykes* and *John J. Clarke* for Henry V. *Stebbins*, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ.   Not sitting: CROUCH and FINCH, JJ.